David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Samantha B. Cordero*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Samantha B. Cordero,<br><br>         Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; NATIONSTAR MORTGAGE, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC,<br><br>         Defendants. | **Case No. 2:16-cv-01555-GMN-NJK**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BANK OF AMERICA, N.A. ONLY** |

   Plaintiff Samantha B. Cordero and Bank of America, N.A. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in

…

…

…

…

…

accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Bank of America, N.A.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:           October 17, 2016

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Rex D. Garner, Esq.<br>Rex D. Garner, Esq.<br>Akerman LLP<br>1160 Town Center Drive<br>Suite 330<br>Las Vegas, NV 89144<br>*Attorney for Defendant Bank of America, N.A.* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED this  18   day of October, 2016.